M. Qeohong
x9290

FILED

MAY 1 3 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Arturo GONZALEZ,<br><br>Defendant. | Case No.: 19MJ1956<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 11, 2019, within the Southern District of California, defendant Arturo GONZALEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 1.94 kilograms (4.27 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Charles Manning
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th, DAY OF May 2019.

_____
HON Michael S. Berg
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On May 11, 2019, at approximately 11:55 p.m., defendant Arturo GONZALEZ ("GONZALEZ") a United States Citizen, applied for permission to enter into the United States from Mexico through the Otay Mesa, California, Port of Entry (POE) through the pedestrian lanes

A U.S. Customs and Border Protection Officer ("CBPO") working primary operations questioned GONZALEZ and asked where he was going and if he had anything to declare. GONZALEZ stated that he was returning to Chula Vista, CA and had nothing to declare. The CBPO noticed that GONZALEZ was dressed in clothing that did not match the weather and noticed bulges on GONZALEZ' stomach and back.

The CBPO conducted a pat down on GONZALEZ for weapons and felt a crunchy object on the small of his back. GONZALEZ was placed into handcuffs and sent to the secondary inspection area. GONZALEZ was then placed in a private room and voluntarily pulled up his shirt revealing packages strapped to his stomach and lower back.

Once the packages were removed, one was analyzed using a field test kit. The crunchy substance within tested positive for the physical characteristics of methamphetamine.

On May 12, 2019 at approximately 1:30 a.m., Homeland Security Investigations Special Agents (SA) responded to the Otay Mesa Port of Entry to interview GONZALEZ and open a criminal investigation.  On May 12, 2019 at approximately 1:54 a.m., SAs asked GONZALEZ basic biographical information as part of the booking process. SAs also asked if GONZALEZ knew why he was being detained.  GONZALEZ stated that he did, but that he had some questions. SAs told GONZALEZ that he could ask questions after the miranda rights advisal process was complete. GONZALEZ appeared to be under the influence so the questioning was ceased at approximately 2:04 a.m.

GONZALEZ was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.  The narcotics, cellphone and wrappings were seized and are being held as evidence.